UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------x
EDWIN DIAZ, on behalf of himself and all others similarly situated,

                    Plaintiffs,

        - against -

SOTHEBY'S, INC.,

                    Defendant.
---------------------------------------------x

Case No.:1:18-cv-12391-KPF

**STIPULATION OF DISMISSAL WITH PREJUDICE**

    Plaintiff and Defendant, pursuant to the Federal Rules of Civil Procedure, hereby move to dismiss this action with prejudice, a resolution of all matters in dispute having been achieved. Each party shall bear their own attorneys' fees and costs, except as otherwise agreed to by the parties.

Date: 3/12/19

_[signature]_

Joseph H. Mizrahi, Esq.
**COHEN & MIZRAHI LLP**
300 Cadman Plaza West, 12 Fl.
Brooklyn, New York 11201
Tel: (646) 645-8482
E-mail: Joseph@cml.legal

*Attorneys for Plaintiff*

_[signature]_

Joshua A. Stein, Esq.
Shira Blank, Esq.
**EPSTEIN, BECKER & GREEN, P.C.**
250 Park Avenue
New York, New York 10177
Tel: (212) 351-4500
E-mail: jstein@ebglaw.com

*Attorneys for Defendant*

Dated: March 12, 2019
       New York, New York

SO ORDERED.

_[signature]_

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE

16